No. 78–1110.  BEER, JUDGE v. SECRETARY OF STATE OF MICHIGAN ET AL.  Sup. Ct. Mich.  Certiorari denied. ■

No. 78–5629.  LEBEDUN v. DAY ET AL.  C. A. 10th Cir. Certiorari denied.

No. 78–5718.  COTTON, AKA HAILEY v. DORSEY, SHERIFF. C. A. 4th Cir.  Certiorari denied. ■

No. 78–5723.  CROSS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 78–5757.  MILLER v. UNITED STATES; and
No. 78–5979.  MILLER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Reported below: 586 F. 2d 845.

No. 78–5798.  RIDDLE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied. ■

No. 78–5818.  McKEE ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ■

No. 78–5825.  RODRIGUEZ v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied. ■

No. 78–5876.  GEARY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied. ■

No. 78–5954.  TEPLITSKY v. ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 2d Cir.  Certiorari denied. ■

No. 78–5957.  SUMPTER v. UNITED STATES.  Ct. Cl.  Certiorari denied. ■

No. 78–5993.  ARNOLD v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.